# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2016

154359 & (4)(5)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MICHIGAN COMPREHENSIVE CANNABIS
LAW REFORM COMMITTEE, a/k/a
MILEGALIZE,
       Plaintiff-Appellant,

v

SECRETARY OF STATE, BUREAU OF
ELECTIONS, and BOARD OF STATE
CANVASSERS,
       Defendants-Appellees.

SC: 154359
COA: 334560
Ct of Claims: 16-000131-MM

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is treated as an application for leave to appeal the September 7, 2016 order of the Court of Appeals. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for consolidation is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2016



Clerk

p0906